UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TURNER'S OUTDOORS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OUTDOORSMANS RESALE, INC.,<br><br>    Defendant. | Case No. 23-cv-04735-PCP<br><br>**ORDER TRANSFERRING CASE TO THE DISTRICT OF ARIZONA** |

Pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." On November 20, 2023, defendant Outdoorsmans Resale, Inc. filed a motion to dismiss or transfer this case to the District of Arizona. Dkt. No. 16. On December 4, 2023, plaintiff Turner's Outdoors, Inc. filed a statement of non-opposition to Outdoorsmans Resale's request to transfer the case to the District Court of Arizona. Dkt. No. 26, at 2. Based on the parties' agreement, the Court transfers the case to the District of Arizona for the convenience of parties and in the interest of justice.[1] The clerk is directed to transfer this case to the United States District Court for the District of Arizona.

**IT IS SO ORDERED.**

Dated: December 13, 2023

_____
P. Casey Pitts
United States District Judge

---

[1] The Court transfers this case without resolving defendant's pending motion to dismiss, which remains to be resolved by the transferee Court following transfer.